Pickett v. Saint Barnabas Village HOA—Pet. Docket No. 52 *—denied. Dismissed by the Court of Special Appeals (No. 283, Sept. Term, 2015).

Polifka v. Anspach Effort, Inc.—Pet. Docket No. 45 *—denied. Opinion of the Court of Special Appeals unreported (No. 2077, Sept. Term, 2014).

Rheubottom v. University Specialty Hospital—Pet. Docket No. 20 *—denied. Opinion of the Court of Special Appeals unreported (No. 2067, Sept. Term, 2014).

Samuel, Otha v. State of Maryland—Pet. Docket No. 72 *—denied. Application for leave to appeal denied by the Court of Special Appeals (No. 1622, Sept. Term, 2015).

Scott, Deshawn Rydel v. State of Maryland—Pet. Docket No. 641—denied. Opinion of the Court of Special Appeals unreported (No. 2232, Sept. Term, 2014).

Smith, Joseph Earl v. State of Maryland—Pet. Docket No. 88 *—dismissed. Application for leave to appeal denied by the Court of Special Appeals (No. 2010, Sept. Term, 2015).

Stevenson-Perez v. Pauls—Pet. Docket No. 18 *—denied. Opinion of the Court of Special Appeals unreported (No. 2020 Sept. Term, 2014).

Stevenson-Perez v. Pauls—Pet. Docket No. 96 *—denied. Pending in the Court of Special Appeals (No. 2493, Sept. Term, 2015).

Thana v. Board of License Commissioners for Charles County—Pet. Docket No. 23 *—denied. Reported below: 226 Md.App. 555, 130 A.3d 1103.

Tower Oaks Boulevard v. Ronald Cohen Investments—Pet. Docket No. 50 *—denied. Opinion of the Court of Special Appeals unreported (Nos. 906 & 1454, Sept. Term, 2014).

Tu v. Montgomery County Circuit Court—Pet. Docket No. 33 *—denied. Dismissed by the Court of Special Appeals (No. 1287, Sept. Term, 2015).

Waldorf, Inc. v. Bloomfield Properties—Pet. Docket No. 63 *—denied. (No. 08–C–15–002992, Circuit Court for Charles County).

Ward v. Howard—Pet. Docket No. 6 *—denied. Dismissed by the Court of Special Appeals (No. 1191, Sept. Term, 2011).

Watkins, Antonio v. State of Maryland—Pet. Docket No. 632—denied. Dismissed by the Court of Special Appeals (No. 1358, Sept. Term, 2015).

Woodard, Jonathan v. State of Maryland—Pet. Docket No. 550—denied. Opinion of the Court of Special Appeals unreported (No. 2153, Sept. Term, 2014).

York, David v. State of Maryland—Pet. Docket No. 62 *—denied. (No. 01–K–15–017123, Circuit Court for Allegany County).